```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                  CHARLESTON DIVISION
```

DORLIS A. TRENT and
JOSEPH C. TRENT,

    Plaintiffs

v.                              CIVIL ACTION NO. 2:04-0324

UNITED STATES OF AMERICA,

    Defendants

## JUDGMENT ORDER

Pursuant to the memorandum order this day entered in the above-styled civil action, it is ORDERED and ADJUDGED that judgment be entered in favor of the defendant and against the plaintiffs. It is further ORDERED that this action be stricken from the docket of the court.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: May 2, 2005

_____
John T. Copenhaver, Jr.
United States District Judge